UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UUSI, LLC,

       Plaintiff,                      Case No. 2:24-cv-13104

v.                                          Honorable Susan K. DeClercq
                                              United States District Judge

FUTABA CORPORATION OF
AMERICA, et al.,

       Defendants.
_____/

**ORDER DENYING PLAINTIFF'S COUNSEL'S MOTIONS FOR TERMPORARY ADMISSION TO PRACTICE (ECF Nos. 22; 23)**

On November 21, 2024, Plaintiff UUSI, LLC sued Defendants Futaba Corporation of America, Futaba Corporation, and John Does 1–10. ECF No. 1. On February 10, 2025, Plaintiff filed two motions seeking the temporary admission of two attorneys—Marinna Chang Radloff and Jason C. Linger—to practice in the United States District Court for the Eastern District of Michigan for purposes of this case only.[1] *See* ECF Nos. 22; 23. Both Attorney Radloff and Attorney Linger also

---

[1] Notably, both motions cite Michigan Court Rule 8.126, which does not apply in federal court. Instead, the Federal Rules of Civil Procedure and the Local Rules apply. *See generally* E.D. Mich. LR 83.20; *see also* Application for Admission to Practice Instructions, Eastern District of Michigan, https://www.mied.uscourts.gov/index.cfm?pagefunction=attyAdmissionProcedure [https://perma.cc/M6HP-GWWT].

- 2 -

submitted affidavits "to be admitted pro hac vice." ECF Nos. 22 at PageID.1404; 23 at PageID.1411.

But "[*p*]*ro hac vice* admission is not permitted" in this Court. *See* E.D. Mich. LR 83.20(c)(1). Thus, both motions will be denied.

Accordingly, it is **ORDERED** that Plaintiff's Counsel's Motions for Temporary Admission to Practice, ECF Nos. 22; 23, are **DENIED**.

**This is not a final order and does not close the above-captioned case**.

*/s/Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated: February 20, 2025